UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| NML CAPITAL, LTD., | § § | CIVIL ACTION NO:_____ |
| PLAINTIFF, | § § | |
| v. | § § | |
| THE REPUBLIC OF ARGENTINA, | § § | |
| DEFENDANT. | § § | |

## ORDER GRANTING MOTION TO QUASH OF THE REPUBLIC OF ARGENTINA

The Court has considered the Motion to Quash of the Republic of Argentina (the "Motion"). Good cause exists to grant the Motion. It is therefore ORDERED:

1. The Motion is GRANTED.

2. The subpoena served by NML Capital, Ltd. on ConocoPhillips (attached as Exhibit A to the Motion), is QUASHED.

3. The parties shall bear their own costs with respect to the Motion.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE